1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   MISTY L. DANTE
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Misty.Dante@usdoj.gov
   *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CV-1974-JCM-EJY |
| Plaintiff, | **Order for Summons and Warrant of Arrest in Rem for the Property and Notice** |
| v. | |
| 277.56327614 BTC that are associated with transaction hash e9ae9b386d8ba94fa0f3f6a7c6da8891758322fa812718bbf5426445d85e08d2, sent to Avalanche Bridge BTC address bc1q2f0tczgrukdxjrhhadpft2fehzpcrwrz549u90, | |
| Defendant. | |

A Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America under the Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions (Fed. R. Civ. P. Supp. Rule) G. The Court, having reviewed the Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the Clerk shall issue a Summons and Warrant of Arrest in Rem for the Property, under Fed. R. Civ. P. Supp. Rule G(3)(b).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a Summons and Warrant of Arrest in Rem for the Property issue against the 277.56327614 BTC that are associated with transaction hash e9ae9b386d8ba94fa0f3f6a7c6da8891758322fa812718bbf5426445d85e08d2, sent to Avalanche Bridge BTC address bc1q2f0tczgrukdxjrhhadpft2fehzpcrwrz549u90 (property);

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United
2  States seize, arrest, attach, take into custody, and retain the property;

3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that notice of the
4  action and the arrest be given by the United States on the United States' official internet
5  forfeiture site, www.forfeiture.gov, for at least 30 consecutive days under Fed. R. Civ. P.
6  Supp. Rule G(4)(a)(iv) which is reasonably calculated to notify potential claimants of this
7  action;

8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a copy of the
9  Complaint for Forfeiture In Rem, this Order, the Summons and Warrant of Arrest in Rem
10  for the Property, and the Notice of Complaint for Forfeiture and Arrest be personally
11  served or sent by certified mail, return receipt requested, and regular mail to any person
12  who reasonably appears to be a potential claimant on facts known to the United States
13  before the end of the 60 day publication period which is reasonably calculated to notify
14  potential claimants of this action;

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United
16  States shall file proof of publication and service with the Clerk of this Court;

17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a person or
18  an entity who asserts an interest in the defendant property must, under Fed. R. Civ. P.
19  Supp. Rule G(5), file a verified claim, setting forth the person's or its interest in the
20  property, that (a) identifies the specific property claimed, (b) identifies the claimant and
21  states the claimant's interest in the property, and (c) is signed by the claimant under penalty
22  of perjury under 28 U.S.C. § 1746;

23  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or
24  entity must file the verified claim with the Clerk of the above-entitled Court no later than
25  35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after
26  the first day of publication on the official internet government forfeiture site,
27  www.forfeiture.gov;
28  / / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or entity must file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, no later than 21 days after filing the verified claim;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or entity must serve a copy of the verified claim and the answer at the time of each filing on Misty L. Dante, Assistant United States Attorney, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101.

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

DATED November 6, 2024.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE