1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   MISTY L. DANTE
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
5  Misty.Dante@usdoj.gov
   Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:24-CV-1974-JCM-EJY |
|---|---|
| Plaintiff, | **Government's Unopposed Motion To Extend the Time to File its Motion Regarding Answer and Order** |
| v. | |
| 277.56327614 BTC that are associated with transaction hash e9ae9b386d8ba94fa0f3f6a7c6da8891758322fa8 12718bbf5426445d85e08d2, sent to Avalanche Bridge BTC address bc1q2f0tczgrukdxjrhhadpft2fehzpcrwrz549u90, | **(First Request)** |
| Defendant. | |

The United States of America respectfully moves this Court for an Order extending the time for Victim-A, as identified in the Complaint, to file its answer and claim in the above-captioned matter. The government requests an extension of time to and including January 10, 2025. This is the first request.

The grounds for extending the time are as follows:

On December 20, 2024, the undersigned counsel and counsel for Victim-A agreed to this extension of time. The current deadline is scheduled for December 25, 2024, a federal holiday, for which both counsel for the government and counsel for Victim-A intend to take leave. Additionally, due to the nature of this case, the filings at issue in this Motion present specific practical and legal considerations. Counsel for Victim-A has represented to government counsel that additional time is needed to resolve potential complications, particularly in light of the upcoming holidays. As counsel for Victim-A has not yet filed the

notice of appearance, the government has agreed to file this Motion on Victim-A's behalf. Both parties support the Motion.

     This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

     This Court should grant an extension of time to, and including, January 10, 2025, for Victim-A to file its answer and claim in the above-captioned action.

DATED: December 23, 2024.

JASON M. FRIERSON
United States Attorney

*/s/ Misty L. Dante*_____ MISTY L. DANTE
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: Dcember 23, 2024

2